

FILED
GREAT FALLS ...

'07 JUN 5 PM 2 15

PATRICK ...
BY _____
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF MONTANA

# GREAT FALLS DIVISION

| | |
|---|---|
| RANDY ALLEN DENNISON,<br><br>Plaintiff,<br><br>vs.<br><br>CRAIG THOMAS, Executive Director, Montana Board of Prisons and Parole; MIKE FERRITER, Director, Montana Department of Corrections; DAN O'FALLON, Warden, Cascade County Regional Prison; JANET COX, Chief Records Technician, Montana State Prison; KATHY McELDERLY, Records Technician, Montana State Prison; MICHELLE RIESE, Records Technician, Montana State Prison; and MIKE MAHONEY, Warden, Montana State Prison,<br><br>Defendants. | No. CV 06-62-GF-SEH<br><br>**ORDER** |

On April 20, 2007, United States Magistrate Judge Keith Strong entered Findings and

Recommendation[1] in this matter. Plaintiff did not file objections. No review is required of

---

[1] Docket No. 13.

-1-

proposed findings and recommendations to which no objection is made. Thomas v. Arn, 474 U.S. 140, 149-152 (1986). However, this Court will review Judge Strong's Findings and Recommendation for clear error.

Upon *de novo* review of the record, I find no clear error in Judge Strong's Findings and Recommendation and adopt them in full.

ORDERED:

1. Plaintiff's Complaint[2] is DISMISSED WITH PREJUDICE.

2. The filing of this action counts as one strike for failure to state a claim. 28 U.S.C. § 1915(g).

3. Any appeal from this disposition will be taken in bad faith. Fed. R. App. P. 24(a)(3).

The Clerk of Court is directed to enter judgment accordingly.

DATED this 5th day of June, 2007.

/s/ Sam E. Haddon
SAM E. HADDON
United States District Judge

---

[2] Docket No. 1.